UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MEWN MEDIA INC., a Florida corporation, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:23-cv-00465-MPS |
| v. | : | |
| KADENA LLC, a Connecticut limited liability company, | : | |
|     Defendant | : | APRIL 12, 2023 |

## WAIVER OF THE SERVICE OF SUMMONS

To Attorney Rao:

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from April 12, 2023, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 5/1/2023
Signature: _/s/ Michael Cretella_ (of the attorney or unrepresented party)
Printed name: Michael Cretella
Address: 271 Whitney Ave, New Haven CT 06511
E-mail address: mcretella@bswlaw.com
Telephone number) 203 772 2600