UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MEWN MEDIA INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>KADENA LLC, a Connecticut limited liability company,<br><br>Defendant. | Case No. 23-cv-00465-MPS |

**DECLARATION OF NITOJ SINGH IN SUPPORT OF STATEMENT SETTING FORTH BASIS FOR SUBJECT MATTER JURSIDICTION OVER THE DEFENDANT KADENA LLC**

Now comes Nitoj P. Singh, being duly sworn, and states as follows:

1. I am an attorney with the law office of Dhillon Law Group, Inc., at 177 Post Street, Suite 700, San Francisco, CA 94108. I am counsel for Plaintiff Mewn Media Inc.

2. Based upon a review of public filings with the Secretary of the State of Connecticut, I confirmed that Defendant Kadena LLC is a manager-managed LLC operated by two managers: William J. Martino, and Stuart Popejoy. *See* Ex. A, *Secretary of the State of Connecticut, Annual Report: Kadena LLC*, filed on Mar. 24, 2023.

3. Kadena LLC's public filings confirm that William J. Martino is a citizen of Pennsylvania and resides at 126 Apache Drive, Milford, PA 18337.

4. Kadena LLC's public filings confirm that Stuart Popejoy is a citizen of Pennsylvania and also resides at 126 Apache Drive, Milford, PA 18337.

      I declare under penalty of perjury that the foregoing is true and correct.

                                            Executed on May 26, 2023

*/s/ Nitoj P. Singh*
Nitoj P. Singh

Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
T: 415.433.1700
nsingh@dhillonlaw.com
*Attorney for Plaintiff Mewn Media Inc.*