

# Secretary of the State of Connecticut
# Annual Report

## FILING DETAILS

| | | | |
|---|---|---|---|
| Filing Number: | 0011456626 | Report Year Due Date: | 03/31/2023 |
| Filing Fee: | $80.00 | Filed On: | 3/24/2023 1:33:29 PM |

## PRIMARY DETAILS

| | |
|---|---|
| Business Type: | Domestic |
| Legal Structure: | LLC |
| Business Name: | KADENA LLC |
| Business ALEI: | US-CT.BER:1207463 |

| | *Existing Information* | *Updated Information* |
|---|---|---|
| Business Email Address: | accounting@kadena.io | No update |
| NAICS Information: | All Other Professional, Scientific, and Technical Services (541990) | No update |

## BUSINESS LOCATION

| | *Existing Information* | *Updated Information* |
|---|---|---|
| Principal Office Address: | 115 Mulone Dr PMB, 617<br>Sarver, PA<br>16055<br>United States | No update |
| Mailing Address: | 115 Mulone Dr PMB, 617<br>Sarver, PA<br>16055<br>United States | No update |



# Secretary of the State of Connecticut
# Annual Report

## AGENT INFORMATION

| Type: | Individual |
|---|---|
| Agent's Name: | WAYNE A. MARTINO ESQ. |

| | *Existing Addresses* | *Updated Addresses* |
|---|---|---|
| Business Address: | 271 WHITNEY AVENUE, BRENNER, SALTZMAN & WALLMAN LLP<br>NEW HAVEN, CT<br>06511<br>United States | No update |
| Residence Address: | 97 WEST MEADOW ROAD<br>HAMDEN, CT<br>06518<br>United States | No update |
| Mailing Address: | 271 WHITNEY AVENUE, BRENNER, SALTZMAN & WALLMAN LLP<br>NEW HAVEN, CT<br>06511<br>United States | No update |

## CURRENT PRINCIPAL INFORMATION

This section contains principals already on record who remained the same as part of this report; updates to address or title information is displayed as applicable.

| **Principal Name:** | WILLIAM J. MARTINO | |
|---|---|---|
| | *Existing Information* | *Updated Information* |
| Title: | MANAGER | No Update |
| Business Address: | 126 APACHE DRIVE, MILFORD, PA, 18337, United States | No Update |



# Secretary of the State of Connecticut
# Annual Report

| | Existing Information | Updated Information |
|---|---|---|
| Residence Address: | 126 APACHE DRIVE, MILFORD, PA, 18337, United States | No Update |
| **Principal Name:** | STUART POPEJOY | |
| | *Existing Information* | *Updated Information* |
| Title: | MANAGER | No Update |
| Business Address: | 126 APACHE DRIVE, MILFORD, PA, 18337, United States | No Update |
| Residence Address: | 126 APACHE DRIVE, MILFORD, PA, 18337, United States | No Update |

## ACKNOWLEGEMENT

I hereby certify and state under penalties of false statement that all the information set forth on this document is true.

I hereby electronically sign this document on behalf of:
Name of Authorizer:   STUART POPEJOY
Authorizer Title:     MANAGER


Filer Name:        Kadena LLC
Filer Signature:   Kadena LLC
Execution Date:    03/24/2023
*This signature has been executed electronically*