## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

MEWN MEDIA INC.,

*Plaintiff,*

v.

KADENA LLC,

*Defendant.*

Case No. 3:23-CV-00465-MPS

## <u>DECLARATION OF STUART POPEJOY</u>

I, Stuart Popejoy, declare as follows:

1.      I am a manager of Defendant Kadena, LLC ("Kadena"). As such, I am familiar with its membership.

2.      Kadena is a limited liability company organized in Connecticut.

3.      As of April 12, 2023, the date that Plaintiff in the above-captioned action filed its complaint, Kadena had twenty-eight members, including individuals, trusts, a limited partnership, and other limited liability companies.

4.      At least two members of Kadena are citizens of Florida.

5.      Eric Propper, who is domiciled at 138 Anchor Drive, Vero Beach, Florida and is a citizen of Florida, is a member of Kadena. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Election and Joinder Agreement between Kadena and Mr. Propper, which evidences Mr. Propper's membership in Kadena.

6.      The Philip V. Martino Revocable Trust is also a member of Kadena. Attached hereto as <u>Exhibit 2</u> is the Counterpart Execution Page to Operating Agreement of Kadena LLC,

1

which evidences the Philip V. Martino Revocable Trust of 2017's membership in Kadena. Philip V. Martino, who is domiciled at 3311 W. Lawn Avenue, Tampa, Florida and is a citizen of Florida, is the trustee and sole beneficiary of this trust.

7.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June  8 , 2023

_____
Stuart Popejoy

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

/s/ Michael T. Cretella
Michael T. Cretella (ct29512)