EXHIBIT 1

## ELECTION AND JOINDER AGREEMENT

This Election and Joinder Agreement (the "**Agreement**") is made in connection with the Seed Round Convertible Promissory Note dated April 25, 2017 (the "**Seed Note**") issued by Kadena LLC ("**Kadena**") and held by the undersigned.  By executing this Agreement, the undersigned hereby agrees as follows:

(a) The undersigned is/are the sole owner and holder of a Seed Note in the face amount set forth below and has not previously assigned, transferred or pledged the Seed Note. The Seed Note is free and clear of any and all liens, charges or encumbrances of any kind or nature whatsoever.  If the undersigned finds or otherwise comes into possession of an original Seed Note, it shall promptly forward same to Kadena.

(b) The undersigned makes the representations to Kadena that are set forth in <u>Schedule A</u> hereto.

(c) The undersigned hereby elects to convert all amounts due under its Seed Note into "Common Shares" of Kadena at the rate of 279,335 shares for each $12,500 of original principal value of the undersigned's Seed Note and become a member of Kadena.  Upon issuance of the applicable number of Common Shares, the Seed Note will be deemed paid in full and cancelled. The undersigned understands that the Common Shares of the Kadena are not represented by any certificate and the undersigned ownership of its Common Shares will be reflected as book entry in Kadena's ownership ledger.

(d) The undersigned hereby joins the Second Amended and Restated Operating Agreement of Kadena LLC dated December 13, 2019, a copy of which Operating Agreement has been previously provided to the undersigned.

(e) The undersigned authorizes Kadena to affix this Agreement to said Operating Agreement in order to form a part thereof and further agrees the undersigned is bound by said Operating Agreement (as such Operating Agreement may hereafter be amended from time to time).

IN WITNESS WHEREOF, the undersigned has executed and deems this Agreement effective as of January 1, 2020.

Name: [●●] Eric Propper                    Original Principal Amount: [●●] $25,000

Signature: _____
            3C60627931CD442...

\*\*\*\*\*

Accepted and Approved:

**Kadena LLC**

_William Martino_
FB9B90FE6D45425...
William Martino, A Manager

Schedule A

**INVESTMENT REPRESENTATION STATEMENT**

1.      The Common Shares of Kadena (the "**Securities**") to be received upon the conversion of the Seed Note will be acquired for investment for its own account, not as a nominee or agent, and not with a view to the sale or distribution of any part thereof, and the undersigned has no present intention of selling, granting participation in or otherwise distributing the same, but subject, nevertheless, to any requirement of law that the disposition of the undersigned's property shall at all times be within the undersigned's control.  The undersigned does not have any contract, undertaking, agreement or arrangement with any person to sell, transfer, or grant participations to such person or to any third person, with respect to any Securities issuable upon conversion of the Seed Note.

2.      The undersigned understands that the Securities issuable upon conversion of the Note at the time of issuance were not registered under the Securities Act of 1933, as amended (the "**Act**"), and applicable state securities laws, on the ground that the issuance of such Securities is exempt pursuant to Section 4(2) of the Act and state law exemptions relating to offers and sales not by means of a public offering, and that Kadena's reliance on such exemptions is predicated on the undersigned's representations set forth herein.

3.      In no event shall the undersigned dispose of any Securities acquired upon the conversion of the Seed Note unless and until (i) the undersigned shall have notified Kadena of the proposed disposition and shall have furnished Kadena with a statement of the circumstances surrounding the proposed disposition and complied with all requirements and notice periods under the Kadena's Operating Agreement then in effect and (ii) if requested, the undersigned shall have furnished Kadena with an opinion of counsel satisfactory to Kadena and its counsel to the effect that (A) appropriate action necessary for compliance with the Act and any applicable state securities laws has been taken or an exemption from the registration requirements of the Act and such laws is available, and (B) the proposed transfer will not violate any of said laws.

4.      The undersigned acknowledges that the undersigned qualifies as an "accredited investor" as such term is commonly used in U.S. securities laws and that an investment in Kadena is highly speculative.   The undersigned represents that, in connection with this conversion, the undersigned has such knowledge and experience in financial and business matters as to be capable of evaluating the merits and risks of this investment and has the ability to bear the economic risks (including the risk of a total loss) of this investment.  The undersigned represents that the undersigned has had the opportunity to ask questions of Kadena concerning Kadena's business and assets and to obtain any additional information which the undersigned considered necessary to verify the accuracy of or to amplify Kadena's disclosures, and has had all questions which the undersigned has asked satisfactorily answered by Kadena.

5.      The undersigned acknowledges that the Securities issuable upon conversion of the Note must be held indefinitely unless subsequently registered under the Act or an exemption from such registration is available.