# EXHIBIT 2

**COUNTERPART EXECUTION PAGE TO**

**OPERATING AGREEMENT OF KADENA LLC**

By executing this Counterpart Execution Page, the undersigned hereby: (i) executes the Second Amended and Restated Operating Agreement of Kadena LLC ("**Kadena**") dated December 1, 2019, a copy of which Operating Agreement has been previously provided to the undersigned, (ii) authorizes Kadena to affix this Counterpart Execution Page to said Operating Agreement in order to form a part thereof, (iii) agrees to become and join as a member of Kadena, and (iv) agrees to be bound by said Operating Agreement (as such Operating Agreement may hereafter be amended from time to time).

IN WITNESS WHEREOF, the undersigned has hereby executed this Counterpart Execution Page as of January 1, 2021.

**Philip V. Martino Revocable Trust of 2017**

_[signature]_

Philip V. Martino, Trustee

Accepted:

**Kadena LLC**

_[signature]_

William Martino, Manager